Alexander JIGGETTS, Plaintiff-Appellant,

v.

BALTIMORE COUNTY SHERIFF; Jay Fisher, Baltimore County Circuit; County Clerk Julie Ensor; Baltimore County Circuit Court Chief Judge, Unknown Name, Defendants-Appellees.

No. 17-6937

United States Court of Appeals,
Fourth Circuit.

Submitted: November 20, 2017

Decided: November 28, 2017

Alexander Jiggetts, Appellant Pro Se.

Before KING, SHEDD, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Jiggetts appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jiggetts v. Balt. Cty. Sheriff*, No. 1:17-cv-01525-JFM (D. Md. June 30, 2017). We dispense with

oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*